1
2
3
4    UNITED STATES DISTRICT COURT
5    NORTHERN DISTRICT OF CALIFORNIA
6
7    IN THE MATTER OF                         Case No.  15-mc-80272-JD
8    Steven Jay Brock #241870
                                              **ORDER OF SUSPENSION**
9
10
11
12
13       Because Steven Jay Brock has failed to respond to the Order to Show Cause, Steven Jay
14   Brock's membership in the bar of this Court is hereby suspended.
15       **IT IS SO ORDERED**.
16   Dated: May 3, 2016
17   _____
18   JAMES DONATO
     United States District Judge
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| IN THE MATTER OF<br>Steven Jay Brock #241870 | Case No. 15-mc-80272-JD<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 5/3/2016, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

STEVEN JAY BROCK
14071 Peyton Dr.
Unit 430
Chino Hills, CA 91709

Dated: 5/3/2016

Susan Y. Soong
Clerk, United States District Court

By: *Lisa R. Clark*
_____
Lisa R. Clark, Deputy Clerk to the
Honorable   James Donato